IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| American Civil Liberties Union of Michigan, <br><br> Plaintiff, <br> vs. <br><br> John Does 1-6, <br><br> Defendants. | ) <br> ) <br> ) No. 2:24-CV-12950-TGB-APP <br> ) <br> ) Hon. Terrence E. Berg <br> ) <br> ) Mag. J. Anthony P. Patti <br> ) <br> ) <br> ) |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)</u>**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff hereby provides notice that it is voluntarily dismissing this matter prior to the time that any opposing party has served an answer or a motion for summary judgment.  The Temporary Restraining Order (TRO) issued by this Court was effective in ensuring that no further harassment or intimidation of voters was perpetrated by Defendants during the remainder of an election day in which many Michigan voters remained in line waiting to register and/or vote until late in the evening.  The TRO will also be effective in giving notice to law enforcement and Defendants in future elections that conduct such as Defendants'—surveilling and harassing voters inside a polling station, aggressively approaching voters or obstructing their path to the polls while filming them, and recording voters coming and going from their automobiles—is unlawful.  Such conduct violates both federal law, in the form of

the Voting Rights Act and the Ku Klux Klan Act, as well as the fundamental right to vote embedded in the Michigan Constitution. It likely consists of a felony under Michigan's Election Law as well. *See, e.g.*, MCL 168.932. Plaintiff will ensure that appropriate law enforcement agencies are well-apprised of the events described in its Complaint and will cooperate with law enforcement officials who may be in a position to hold Defendants accountable for their actions.

Respectfully submitted,

Dated: November 7, 2024

/s/ Philip Mayor

| | |
|---|---|
| Theresa Lee* <br> AMERICAN CIVIL LIBERTIES UNION <br>  FOUNDATION <br> 125 Broad Street <br> New York, NY 10004 <br> tlee@aclu.org <br><br> Philip Mayor (P81691) <br> Daniel S. Korobkin (P72842) <br> AMERICAN CIVIL LIBERTIES UNION <br>  FUND OF MICHIGAN <br> 2966 Woodward Ave. <br> Detroit, MI 48201 <br> (313) 578-6803 <br> pmayor@aclumich.org <br><br> *Case dismissed prior to applications for admission being submitted* | Rob Fram* <br> COVINGTON & BURLING LLP <br> 415 Mission Street, Suite 5400 <br> San Francisco, CA 94105 <br> (415) 591-7025 <br> RFram@cov.com <br><br> Gregg Levy* <br> Kait Demers* <br> William Meyer* <br> Hassan Ahmad* <br> Stephanie King* <br> COVINGTON & BURLING LLP <br> 850 Tenth Street, NW <br> Washington, DC 20001 <br> (202) 662-5292 <br> GLevy@cov.com <br> (202) 662-5896 <br> KDemers@cov.com <br> (202) 662-5386 <br> WMeyer@cov.com <br> (202) 662-5514 <br> HAhmad@cov.com <br> (202) 662-5305 |

2

StKing@cov.com

*Attorneys for Plaintiff*